| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) PARKER, BARRINGTON D., JR. | 2. Court or Organization United States District Court for the Southern District of New York | 3. Date of Report April 28, 1994 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Nominee - United States District Court Judge | 5. Report Type (check appropriate type) X Nomination, Date 4/26/94 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/93 - 4/28/94 |
| 7. Chambers or Office Address Morrison & Foerster 1290 Avenue of the Americas New York, New York 10104 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___  Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Morrison & Foerster |
| V.P. Board of Directors | NAACP Legal Defense and Educational Fund, Inc. |
| Trustee | New School for Social Research |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Morrison & Foerster | On departure from my firm, I am entitled to the return of my partnership capital and earned but unpaid income. The firm will continue as Trustee of my HR-10 Plan. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) SEE NON-INVESTMENT INCOME ATTACHED. | | |
| 1 | | $_____ |
| 2 | | $_____ |
| 3 | | $_____ |
| 4 | | $_____ |
| 5 | | $_____ |

18-a

Barrington D. Parker, Jr.
Form AO-10
Financial Disclosure Report
Initial Report

Part III, Non-Investment Income

| Date | Source and Type | Gross/Net Income | | Descrip. of Duties/Services |
|------|-----------------|------------------|--|------------------------------|
| | Distributive Partnership Share: | | | |
| F/Y/E 12/31/92 | Morrison & Foerster | 241,700 | (net) | Legal Counsel |
| F/Y/E 12/31/93 | Morrison & Foerster | 349,200 | (net) | Legal Counsel |
| 1/1/94 - 4/26/94 | Morrison & Foerster | 70,400 | (net) | Legal Counsel |
| F/Y/E 12/31/92 | Parker Auspitz Neeseman & Delehanty | 7,700 | (net) | Legal Counsel |
| F/Y/E 12/31/93 | Parker Auspitz Neeseman & Delehanty | (700) | (net) | Legal Counsel |
| 1/1/94 - 4/26/94 | Parker Auspitz Neeseman & Delehanty | NONE | (net) | Legal Counsel |
| 8/1/1993 | Misc. Comp.: Ford Foundation | 5,000 | (gross) | Legal Counsel |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | PARKER, BARRINGTON D., JR. | April 28, 1994 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No each reportable reimbursements or gifts) | |
| EXEMPT | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No each reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Citibank, N.A. | Personal Credit Line | L |
| St. Paul's School | Tuition | K |
| Gilder Gagnon Howe & Co./ | Margin Balance – Securities | M |
| Bear Stearns & Co. | - | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

18-c

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | PARKER, BARRINGTON D., JR. | April 28, 1994 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (B) for spouse, (J) for joint, or (S) for spouse. Place "(X)" after each asset. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| ¹ SEE INVESTMENTS AND | | | | | | | | | | |
| ² TRUSTS ATTACHED | | | | | | | | | | |
| ³ | | | | | | | | | | |
| ⁴ | | | | | | | | | | |
| ⁵ | | | | | | | | | | |
| ⁶ | | | | | | | | | | |
| ⁷ | | | | | | | | | | |
| ⁸ | | | | | | | | | | |
| ⁹ | | | | | | | | | | |
| ¹⁰ | | | | | | | | | | |
| ¹¹ | | | | | | | | | | |
| ¹² | | | | | | | | | | |
| ¹³ | | | | | | | | | | |
| ¹⁴ | | | | | | | | | | |
| ¹⁵ | | | | | | | | | | |
| ¹⁶ | | | | | | | | | | |
| ¹⁷ | | | | | | | | | | |
| ¹⁸ | | | | | | | | | | |
| ¹⁹ | | | | | | | | | | |
| ²⁰ | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes: J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

18-d

Digitized by Google

Barrington D. Parker, Jr.
Form AO-10
Financial Disclosure Report
Initial Report

Part VII, Investments and Trusts

| A.<br>Description of Assets | B.<br>Income During<br>Amt Code<br>(1) | Reporting Period<br>Type<br>(2) | C.<br>Gross Value<br>Val Code<br>(1) | End of Rept. Period<br>Val Meth<br>(2) | D.<br>Transactions |
|---|---|---|---|---|---|
| **LONG STOCK POSITIONS:** | | | | | |
| Americredit Corp. | | NONE | J | T | Exempt |
| AutoDesk Inc. | A | DIV | J | T | Exempt |
| Barefoot Inc. | | NONE | L | T | Exempt |
| Berkley Corp., W R | A | DIV | J | T | Exempt |
| Blockbuster Enter. Corp. | A | DIV | J | T | Exempt |
| Brilliance China Automotive | A | DIV | J | T | Exempt |
| Cafe de Coral Holding | A | DIV | J | T | Exempt |
| Casino Data Systems | | NONE | K | T | Exempt |
| Champion Technology | A | DIV | J | T | Exempt |
| Cheng Hsong Holdings | A | DIV | K | T | Exempt |
| Circus Circus Enterprises | | NONE | L | T | Exempt |
| Cirrus Logic Inc | | NONE | K | T | Exempt |
| Citic Pacific Ltd | A | DIV | K | T | Exempt |
| CP Pokphand Co. Ltd | A | DIV | J | T | Exempt |
| Dartmouth Bancorp | | NONE | J | T | Exempt |
| DSG International | A | DIV | J | T | Exempt |
| First Colony Corp. | A | DIV | J | T | Exempt |
| Golden Resources Dev. | A | DIV | K | T | Exempt |
| Golden Resources Dev. Int'l | | NONE | K | T | Exempt |
| Grupo Mexicano de Desarollo SA | | NONE | K | T | Exempt |
| Home Depot Inc. | A | DIV | J | T | Exempt |
| Hong Kong Telecom. | B | DIV | J | T | Exempt |
| Hung Hing Printing | A | DIV | J | T | Exempt |
| Mercury General Corp | A | DIV | J | T | Exempt |
| Mesa Airlines Inc. | | NONE | L | T | Exempt |
| MGM Grand Inc. | | NONE | K | T | Exempt |
| Ming Pao Enterprises | | NONE | J | T | Exempt |
| Oasis Residential Inc. | | NONE | K | T | Exempt |
| Penn Central Corp. | A | DIV | K | T | Exempt |
| Peregrine Invest Holdings | | NONE | K | T | Exempt |
| Peruana Telefonos, Compania | | NONE | K | T | Exempt |
| Petroleum Heat & Power | A | DIV | J | T | Exempt |
| Primadona Resorts Inc. | | NONE | K | T | Exempt |
| Resound Corp | | NONE | K | T | Exempt |
| Rio Hotel & Casino | | NONE | K | T | Exempt |
| Siu-Fung Ceramics Holdings | | NONE | K | T | Exempt |
| Snapple Beverage | | NONE | L | T | Exempt |
| South Sea Development | | NONE | J | T | Exempt |
| Southwest Airlines | A | DIV | J | T | Exempt |
| Technology Resources Inds | | NONE | K | T | Exempt |
| 20th Century Hold.-CA | A | DIV | J | T | Exempt |
| UDL Holdings | A | DIV | J | T | Exempt |
| Wo Hee Hong Holdings | A | DIV | J | T | Exempt |
| Zenith Nat'l Insurance | A | DIV | K | T | Exempt |

18-e

Digitized by Google

Barrington D. Parker, Jr.
Form AO-10
Financial Disclosure Report
Initial Report

| A.<br>Description of Assets | B.<br>Income During Reporting Period | | C.<br>Gross Value End of Rept. Period | | D.<br>Transactions |
|---|---|---|---|---|---|
| | Amt Code<br>(1) | Type<br>(2) | Val Code<br>(1) | Val Meth<br>(2) | |
| PROCEEDS FROM SHORT SALES: | | | | | |
| Short Cash Balance | | | G | | |
| | | | | | |
| SECURITIES SOLD SHORT: | | | | | |
| American Pacific Corp | | NONE | J | T | Exempt |
| Best Buy Company Inc | | NONE | L | T | Exempt |
| Boomtown Inc | | NONE | K | T | Exempt |
| Borland Int'l | | NONE | K | T | Exempt |
| Boyd Gaming | | NONE | K | T | Exempt |
| CML Group Inc | | NONE | K | T | Exempt |
| Cobra Golf Inc | | NONE | K | T | Exempt |
| Copley Pharmaceutical | | NONE | J | T | Exempt |
| Country Wide Credit | | NONE | K | T | Exempt |
| Dartmouth Bancorp | | NONE | J | T | Exempt |
| Delta Airlines | | NONE | K | T | Exempt |
| Duty Free Int'l | | NONE | K | T | Exempt |
| Electronic Arts Inc | | NONE | K | T | Exempt |
| 50 Off Stores Inc | | NONE | J | T | Exempt |
| Glaxo Holdings | | NONE | K | T | Exempt |
| Grand Casinos | | NONE | K | T | Exempt |
| ICOS | | NONE | J | T | Exempt |
| Kellogg | | NONE | K | T | Exempt |
| Medicine Shoppe Int'l. | | NONE | J | T | Exempt |
| Mercer Int'l Inc | | NONE | K | T | Exempt |
| Mylan Labs | | NONE | K | T | Exempt |
| Novacare Inc | | NONE | K | T | Exempt |
| Pfizer Inc. | | NONE | J | T | Exempt |
| Players Int'l Inc. | | NONE | K | T | Exempt |
| Scimed Life Sys. | | NONE | K | T | Exempt |
| Summit Tech Inc | | NONE | K | T | Exempt |
| Tokos Medical Corp. | | NONE | J | T | Exempt |
| Upjohn Co | | NONE | K | T | Exempt |
| US Air Group | | NONE | K | T | Exempt |
| Watson Pharmaceuticals Inc | | NONE | K | T | Exempt |
| Zenith Labs Inc | | NONE | K | T | Exempt |

18-f

Digitized by Google

Barrington D. Parker, Jr.
Form AO-10
Financial Disclosure Report
Initial Report

| A. Description of Assets | B. Income During Reporting Period | | C. Gross Value End of Rept. Period | | D. Transactions |
|---|---|---|---|---|---|
| | Amt Code (1) | Type (2) | Val Code (1) | Val Meth (2) | |
| **MORRISON & FOERSTER RETIREMENT TRUST FBO BARRINGTON PARKER** | | | | | |
| **LONG STOCK POSITIONS:** | | | | | |
| Americredit Corp. | | NONE | J | T | EXEMPT |
| Autodesk Inc | A | DIV | J | T | EXEMPT |
| Barefoot Inc. | | NONE | L | T | EXEMPT |
| Berkley Corp., W R | A | DIV | K | T | EXEMPT |
| Blockbuster Enter. | A | DIV | J | T | EXEMPT |
| Boston Bancorp | A | DIV | J | T | EXEMPT |
| Brilliance China Automotive | A | DIV | J | T | EXEMPT |
| Cafe De Coral Holding | A | DIV | J | T | EXEMPT |
| Cheng Hsong Holdings | A | DIV | J | T | EXEMPT |
| Circus Circus Enterprises | | NONE | L | T | EXEMPT |
| Cirrus Logic Inc | | NONE | K | T | EXEMPT |
| Citic Pacific Ltd | A | DIV | L | T | EXEMPT |
| CP Pokphand Co. Ltd | A | DIV | J | T | EXEMPT |
| DSG Int'l Ltd | A | DIV | J | T | EXEMPT |
| Fairwood Holdings | A | DIV | J | T | EXEMPT |
| First Colony | A | DIV | J | T | EXEMPT |
| Glendale Federal Bank | | NONE | K | T | EXEMPT |
| Golden Resources Dev. | A | DIV | K | T | EXEMPT |
| Golden Resources Dev. Int'l | | NONE | K | T | EXEMPT |
| Home Depot Inc | A | DIV | J | T | EXEMPT |
| Hong Kong Telecom. | B | DIV | J | T | EXEMPT |
| Mesa Airlines Inc. | | NONE | K | T | EXEMPT |
| MGM Grand Inc. | | NONE | K | T | EXEMPT |
| Oasis Residential Inc | | NONE | K | T | EXEMPT |
| Penn Central Corp. | A | DIV | K | T | EXEMPT |
| Peregrine Invest Holdings | | NONE | K | T | EXEMPT |
| Platinum Software | | NONE | K | T | EXEMPT |
| Primadona Resorts Inc. | | NONE | K | T | EXEMPT |
| Silicon Graphics | | NONE | K | T | EXEMPT |
| Snapple Beverage | | NONE | L | T | EXEMPT |
| Southwest Airlines | A | DIV | M | T | EXEMPT |
| Technology Resources Inds | | NONE | K | T | EXEMPT |
| 20th Century Hold.-CA | A | DIV | K | T | EXEMPT |
| Wo Hee Hong Holdings | | NONE | K | T | EXEMPT |
| Zenith Nat'l Insurance | A | DIV | J | T | EXEMPT |

18-g

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | PARKER, BARRINGTON D., JR. | April 28, 1994 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

| I | Director | The Harlem School of the Arts |
|---|---|---|
| | Trustee | Federal Bar Council |
| | Director | The Governance Institute |

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date __April 28, 1994__

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                        Administrative Office of the
                                                            United States Courts
                                                        Washington, DC  20544

18-h

Digitized by Google

5.  Please complete the attached financial net worth statement in detail (Add schedules as called for).

    **See attached Net Worth Statement.**

6.  Have you ever held a position or played a role in a political campaign?  If so, please identify the particulars of the campaign, including candidate, dates of the campaign, your title and responsibilities.

    **I have attended political fund raisers over the years.**

J82750 [bdp1]

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 000 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | 60, | 000 |
| Listed securities—add schedule SEE pp.18 e, f | 765, | 000 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | 10, | 000 |
| Due from relatives and friends | 12 | 000 | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable—add schedule    HOME MORTGAGE | | 350, | 000 |
| Real estate owned—add schedule (PERSONAL RESIDENCE) | 1,000, | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | | | | | | |
| Cash value—life insurance | 3 0 | 000 | | | | |
| Other assets—itemize: | | | | | | |
| HR-10 ACCOUNT    SEE p. 18g | 881, | 000 | , | | | |
| MISC. PERSONAL PROPERTY | 150, | 000 | | | | |
| LAW FIRM CAPITAL | 40, | 000 | Total liabilities | | 420, | 000 |
| LIMITED PARTNERSHIPS | 50, | 000 | Net Worth | 2, | 510, | 000 |
| Total Assets | 2,930, | 000 | Total liabilities and net worth | 2, | 930, | 000 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor    NO | | | Are any assets pledged? (Add schedule.)    NO | | | |
| On leases or contracts    NO | | | Are you defendant in any suits or legal actions?    YES | | | |
| Legal Claims    NONE | | | Have you ever taken bankruptcy?  NO | | | |
| Provision for Federal Income Tax CURRENT ALL TAXES | | | | | | |
| Other special debt    NONE | | | | | | |

Digitized by Google